AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of California

**FILED**

Jun 26, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                  )
                                           )
                        v.                 )
                                           )        Case No.      6:23-MJ-00010-HBK
QUIONTE JOVAN BROWN,                       )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;
(1)   report to the US Marshals office in Sacramento or in the Bay Area for processing within 48 hours of release.

(2)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)   The defendant shall have no physical, written, electronic or 3rd party contact with the alleged victim; The defendant's roommate may have contact with the alleged victim to arrange return of her property at the defendant's residence in the Bay Area. The defendant may not return to his residence prior to 10PM today in
(4)   order to effectuate return of the alleged victim's property.

The defendant shall notify the Court and defendant's counsel of any change of address; and

(5)   The defendant must appear at:    United States District Court, Yosemite CA
                                       _____
                                                          *Place*
9004 Castle Cliff Court
on                                     August 15, 2023 at 10:00 AM
                                       _____
                                                       *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/26/23

_____
*Defendant's signature*

Date: 6/26/2023

_____
*Judicial Officer's Signature*

Magistrate Judge Helena Barch-Kuchta
*Printed name and title*