# United States District Court
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>QUIONTE JOVAN BROWN<br><br>*Defendant* | )<br>)<br>) Case No. 6:22-MJ-00010-HBK<br>)<br>)<br>) |

**ORDER TO PAY**
**PROBATION PURSUANT TO A DEFERRED JUDGMENT**
**AGREEMENT BETWEEN THE PARTIES**

    The defendant having been found guilty of an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

    **IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered.  The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall inform the court and, if represented by counsel, your counsel within 7 days of being cited, charged, or arrested.


Date:  10/17/2023                                                      /s/ Helena Barch-Kuchta
                                                                                  **Helena Barch-Kuchta**
                                                                                  *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete all requirements of unsupervised probation by 10/17/2023.

2. The defendant shall pay $250.00 fine and $10.00 special assessment for a total payment of $260.00. due on or before 4/17/2024.

   CLERK U.S.D.C.
   2500 Tulare Street, Rm 1501
   Fresno, CA 93721

3. The defendant is banned from Yosemite National Park during his term of probation except to attend court hearings int his case.

4. The defendant is ordered to personally appear for Probation Review Hearings on  9/10/2024 at 10:00 am in Yosemite before U.S. Magistrate Judge Helena Barch-Kuchta.

5. Two weeks before the Review Hearing defendant shall complete and submit the "Defendant's Probation Review Status Report" located on Judge Barch-Kuchta's webpage. If defendant is in full compliance   with the terms of probation and the government agrees, defendant may move to vacate the Review Hearing. Prior to the final Review Hearing, if defendant is in compliance and the government agrees, defendant may move to vacate the final Review Hearing and terminate probation.

   (See Defendant's Probation Review Status Report -attached)