UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUIONTE JOVAN BROWN,<br><br>Defendant. | No. 6:23-mj-00010-HBK<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>(Doc. No. 12) |

The United States moves for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure because Defendant has met all conditions of the Deferred Entry of Judgement. (Doc. No. 12).

Accordingly, it is hereby ORDERED:

The United States' Motion (Doc. No. 12) is GRANTED. This case is in the interest of justice and the Clerk is directed to vacate all deadlines and hearings and CLOSE this case.

Dated:  April 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE